## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Ryan Eli Hittle

      Petitioner,               Case Number: 21-cv-10905
                                     Honorable Paul D. Borman

v.

John Christiansen,

      Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order entered today, this cause of action is **DISMISSED**.

**SO ORDERED.**

Dated: May 29, 2024                s/ Paul D. Borman
                                            HON. PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE